District of Texas, San Antonio, TX, for Plaintiff–Appellee.

Thomas L. Wright, El Paso, TX, for Defendant–Appellant.

Before REAVLEY, JOLLY, and GARZA, Circuit Judges.

PER CURIAM: *

Appealing the Judgment in a Criminal Case, Jose De Jesus Cordova–Martinez raises arguments that are foreclosed by *Almendarez–Torres v. United States*, 523 U.S. 224, 235, 118 S.Ct. 1219, 140 L.Ed.2d 350 (1998), which held that 8 U.S.C. § 1326(b)(2) is a penalty provision and not a separate criminal offense. *United States v. Pineda–Arrellano*, 492 F.3d 624, 625 (5th Cir.2007), *cert. denied*, —— U.S. ——, 128 S.Ct. 872, 169 L.Ed.2d 737 (2008). The Government's motion for summary affirmance is GRANTED, and the judgment of the district court is AFFIRMED.

---

**UNITED STATES of America, Plaintiff–Appellee**

v.

**Roberto Ricardo MOLINA– HERNANDEZ, Defendant– Appellant.**

No. 07–51501
Conference Calendar.

United States Court of Appeals, Fifth Circuit.

April 30, 2008.

Joseph H. Gay, Jr, Assistant U.S. Attorney, U.S. Attorney's Office, Western District of Texas, San Antonio, TX, for Plaintiff–Appellee.

Federal Public Defender's Office, Western District of Texas, San Antonio, TX, for Defendant–Appellant.

Before REAVLEY, JOLLY, and GARZA, Circuit Judges.

PER CURIAM: *

Appealing the Judgment in a Criminal Case, Roberto Ricardo Molina–Hernandez raises arguments that are foreclosed by *Almendarez–Torres v. United States*, 523 U.S. 224, 235, 118 S.Ct. 1219, 140 L.Ed.2d 350 (1998), which held that 8 U.S.C. § 1326(b)(2) is a penalty provision and not a separate criminal offense. *United States v. Pineda–Arrellano*, 492 F.3d 624, 625

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR R. 47.5.4.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

(5th Cir.2007), *cert. denied,* —— U.S. ——, 128 S.Ct. 872, 169 L.Ed.2d 737 (2008). The Government's motion for summary affirmance is GRANTED, and the judgment of the district court is AFFIRMED.

**AI JIN WANG, Petitioner**

v.

**Michael B. MUKASEY, U.S. Attorney General, Respondent.**

No. 06–60937.

United States Court of Appeals, Fifth Circuit.

April 30, 2008.

H. Raymond Fasano, Madeo & Fasano, New York, NY, for Petitioner.

Patricia McDonald Bowman, U.S. Department of Justice, Tax Division, Thomas Ward Hussey, Director, John Clifford Cunningham, U.S. Department of Justice, Office of Immigration Litigation, Washington, DC, Trey Lund, U.S. Immigration and Customs Enforcement Field Office Director, New Orleans, LA, Luis Garcia, Immigration & Customs Enforcement Chief Counsel's Office, El Paso, TX, for Respondent.

Michael B. Mukasey, Washington, DC, pro se.

Before JONES, Chief Judge, and BARKSDALE and STEWART, Circuit Judges.

PER CURIAM: *

Ai Jin Wang, a native of China, petitions for review of a final order of the Board of Immigration Appeals (BIA). The BIA summarily affirmed the Immigration Judge's (IJ's) decision to deny her application for asylum, withholding of removal, relief under the Convention Against Torture (CAT), and voluntary departure.

In her petition, Wang exclusively argues the merits of her asylum application, namely, that she was forcibly sterilized in China and might be jailed upon her return because she did not pay the fine for violating the family planning policy. However, Wang does not challenge in this court, nor did she challenge in her appeal to the Board, the IJ's finding that her asylum application was untimely. Accordingly, Wang has failed to exhaust her administrative remedies, and this court lacks jurisdiction to review the IJ's denial of her application for asylum. 8 U.S.C. § 1252(d)(1); *Wang v. Ashcroft,* 260 F.3d 448, 452–53 (5th Cir.2001). Her petition for review is therefore DISMISSED.

Wang's motion for stay of deportation is DENIED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.